AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NATIVIDAD DIAS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 620-035
(Formerly CR 618-014)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 28, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion; therefore, Petitioner's Motion filed pursuant to 28 U.S.C. § 2255 is DENIED. Furthermore, Petitioner is DENIED a certificate of appealability in this case and, therefore, is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of Respondent. This case stands CLOSED.

10/28/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*

(By) Deputy Clerk

GAS Rev 10/2020